SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

* E-filed 6/1/07 *

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| YEVGENIY A. GLADYSHEV,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Security of the Department of Homeland Security;<br>ROBERT DEVINE, Acting Director U.S. Citizenship and Immigration Service;<br>DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation;<br><br>    Defendants. | No. C 07-1511 HRL<br><br>**STIPULATION TO DISMISS AND ORDER** |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C07-1511 HRL                     1

| | |
|---|---|
| 1  Date: May 25, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS |
| 3 | United States Attorney |
| 4 | |
| 5 | EDWARD A. OLSEN |
| 6 | Assistant United States Attorney<br>Attorneys for Defendants |

Date: May 25, 2007

YEVGENIY A. GLADYSHEV
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  6/1/07

HOWARD R. LLOYD
United States Magistrate Judge

Stip. to Dismiss
C07-1511 HRL                             2